IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**CRIMINAL MINUTES – SENTENCING**

No. 3:19-cr-11-12

UNITED STATES OF AMERICA V. SON HAI NGUYEN

Place Held: Greenville, Mississippi

Date & Time Began:  October 14, 2020, 1:31 p.m.
Date & Time Ended:  October 14, 2020, 2:26 p.m.

TOTAL TIME: 55 MINUTES

HONORABLE DEBRA M. BROWN, U.S. DISTRICT JUDGE, PRESIDING

| | |
|---|---|
| Rita Thomas | Brenda Blackburn |
| Courtroom Deputy | Official Court Reporter |
| | |
| FOR THE GOVERNMENT: | FOR THE DEFENDANT: |
| Paul D. Roberts | Clay S. Conrad |
| | |
| U.S. PROBATION: | INTERPRETER: |
| Kimberlee Hatter | Myhanh Che, Telephonic |

Proceeding:   Sentencing via video conferencing

Remarks:   Sentencing held. Bond continued. Final Judgment to follow.

DAVID CREWS, Clerk of Court

By: /s/Rita Thomas
    Rita Thomas, Courtroom Deputy